929 A.2d 640

**COMMONWEALTH of Pennsylvania, Petitioner,**

v.

**Salvatore SANTANA, Respondent.**

Supreme Court of Pennsylvania.

July 26, 2007.

## *ORDER*

PER CURIAM.

The Petition for Allowance of Appeal is **GRANTED.** The Superior Court's decision is **REVERSED** based on the decision of this Court in *Commonwealth of Pennsylvania, Department of Transportation, Bureau of Licensing v. Weaver,* 590 Pa. 188, 912 A.2d 259 (2006). Further, the case is **REMANDED** to the Superior Court for resolution of any outstanding issues.